IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:19CR00145 SNLJ (ACL) |
| | ) | |
| MARCUS RAY NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW Jennifer L. Booth, Assistant Federal Public Defender for the Eastern

District of Missouri, and requests the Court allow her to withdraw as appointed counsel for Marcus

Ray Nelson.  Ms. Booth is no longer able to represent Mr. Johnson due to a conflict of interest that

is irreconcilable.

Respectfully submitted,

/s/Jennifer L. Booth
Jennifer L. Booth
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Jennifer_booth@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, the foregoing was filed electronically with
the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tim

Willis, Assistant United States Attorney.

/s/Jennifer L. Booth
Jennifer L. Booth