UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:19 CR 145 SNLJ (ACL) |
| MARCUS RAY NELSON, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF
TIME TO FILE PRETRIAL MOTIONS**

COMES NOW Defendant by and through his attorney Jason Korner to request an extension of time to file pretrial motions in this case. In support of his motion Defendant states the following:

1. Defendant is currently incarcerated in the Cape Girardeau County Jail.

2. Defense counsel entered on the case on November 22, 2019.

3. Defense counsel needs additional time to review and discuss discovery and pretrial motions with Defendant.

4. This motion is made in the interest of justice and is not meant for the purpose of unnecessary delay.

Wherefore, Defendant prays this Honorable Court grant this Motion for Extension of Time to File Pretrial Motions and set a new pretrial motions filing deadline of February 24, 2020, or any date thereafter the Court feels is appropriate, and for any such further orders this Court may deem appropriate.

Respectfully submitted,

THE LAW OFFICE OF JASON A. KORNER

/s/ *Jason A. Korner*_____
Jason A. Korner # 58495
7911 Forsyth Blvd., Suite 300
Clayton, MO 63105
Phone: (314) 409-2659
Fax:    (314) 863-5335
jasonkorner@kornerlaw.com
Attorney for Defendant

Certificate of Service

The undersigned hereby certifies that on this 31st day of January, 2020, a true and accurate copy of the foregoing was served on all parties of record via the Court's electronic filing system.

/s/ *Jason A. Korner*_____