UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19 CR 145 SNLJ (ACL) |
| MARCUS NELSON, | ) ) ) |
| Defendant. | ) |

# ORDER

This matter is before the Court on the Defendant's second Motion for an Extension of Time to File Pretrial Motions. (Doc. 79.)

Defense counsel states that he needs additional time to review and discuss discovery and pretrial motions with Defendant. The Defendant requests an extension to March 31, 2020 to file pretrial motions.

For the reasons set out above, the Court finds that to deny the Defendant's request for an extension of 36 days would deny counsel for Defendant the reasonable time necessary to complete effective investigation and prepare for the pretrial motion hearing, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's second Motion for Extension of Time to File Pretrial Motions (Doc. 79) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant is given until **March 31, 2020** to file pretrial motions, or to file a Notice indicating he will not be filing pretrial motions.  Should the Defendant file pretrial motions, a schedule will be set to allow the opposing party time to respond.

**IT IS FINALLY ORDERED** that the time granted to Defendant for further review of discovery and investigation, as well as for preparation of pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of February, 2020.