UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:19CR00145 SNLJ ) |
| MARCUS RAY NELSON, | ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Defendant's Motion for Continuance of Sentencing Hearing, [ECF 160]. The motion is **GRANTED** and this matter is reset for sentencing on *Wednesday, July 21, 2021 at 11:20 a.m.* **in Courtroom 4B.**

Dated this 22nd day of June, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE